UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2016
```

MASTER BAYE BALAH ALLAH,

                    Plaintiff,

-against-

BRIAN WILSON #27486, JASON WURSUP #3547, and UNIDENTIFIED DHS OFFICER,

                    Defendants.

13 Civ. 4269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objection to Magistrate Judge Ronald Ellis' November 15, 2015 report and recommendation, the Court reviewed the recommendation and found no "clear error on the face of the record." *Walker v. Vaughn*, 216 F. Supp. 2d 290, 292 (S.D.N.Y. 2002) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks omitted). Accordingly, the Court accepts and adopts the thorough and well-reasoned report and recommendation, denying Defendants' request to dismiss the action in its entirety pursuant to Rule 41(b).

      The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff.

Dated: June 24, 2016
       New York, New York

                                                ANALISA TORRES
                                             United States District Judge